FILED BY _____ D.C. IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

05 JUL 20  AM 6: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____ D.C.

2005 JUL 15  AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

YVONNE N. WILSON

No. 04cr20511-D

## MOTIONS TO (1) CONTINUE REPORT DATE (2) WAIVE DEFENDANT'S PRESENCE (3) ALLOW DEFENDANT TO APPEAR TELEPHONICALLY OR BY VIDEO AT THE NEXT REPORT DATE

COMES NOW your Defendant, Yvonne N. Wilson by and through her Attorney of Record, Knut S. Johnson, and would respectfully request this Honorable Court to CONTINUE THE REPORT DATE OF JULY 21, 2005.  Defendant brings this motion because the United States and the Defendant will not be able to meaningfully report to this Court on July 21, 2005 because of the following:

- The parties are still engaged in discovery.

WHEREFORE, PREMISES CONSIDERED, your Defendant respectfully requests this Honorable Court to continue the Report Date approximately 30 days, to waive the defendant's appearance, ~~and to allow the defendant to appear telephonically or~~ *8 AO* ~~by video at the next report date.~~

THE UNITED STATES has advised it has no objections to the requests.

RESPECTFULLY SUBMITTED,

Knut S. Johnson, Esq.
1010 Second Avenue, Suite 1850
San Diego, CA 91911
(619) 232-7080

**MOTION GRANTED**
DATE: 7-19-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-20-05

22

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 22 in case 2:04-CR-20511 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Knut S. Johnson
LAW OFFICE OF KNUT S JOHNSON
1010 Second Ave
Ste 1850
San Diego, CA 92101

Honorable Bernice Donald
US DISTRICT COURT