FILED BY _____ D.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

05 DEC -8 PM 4: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 04-20511-D |
| | ) | |
| YVONNE WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on December 5, 2005, the United States Attorney for this District, Linda Harris, representing the Government, and the defendant, Yvonne Wilson, appearing in person and with counsel, Knut Johnson.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on December 8, 2005, and announced a verdict of GUILTY as to Count 1 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **Wednesday, March 8, 2006 at 1:30 p.m.**

in Courtroom Number 1, on the 11th Floor, before Judge J. Daniel Breen.

Defendant was permitted to remain on his present bond status.

ENTERED this the 8th day of December, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20511 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

Knut S. Johnson
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Ave.
Ste. 1850
San Diego, CA 92101

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT