IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        No. 04-20511-B

YVONNE N. WILSON,

    Defendant.

---

### ORDER OF TRANSFER

---

    Judge J. Daniel Breen was assigned this case for trial on the criminal rotation docket. The case is hereby transferred to Judge Breen for all further proceedings.

    **IT IS SO ORDERED** this 22 day of December, 2005.

                                                  BERNICE B. DONALD
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-23-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20511 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Knut S. Johnson
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Ave.
Ste. 1850
San Diego, CA 92101

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT